FOR PUBLICATION

```
IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
    DIVISION OF ST. THOMAS AND ST. JOHN
             APPELLATE DIVISION
```

VALSKA WESSELHOFT,   )
                    )
         Appellant  )  D.C. Crim. App. No.
                    )       2005-12
v.                  )
                    )
GOVERNMENT OF THE VIRGIN ISLANDS,   )
                    )
         Appellee.  )
                    )

On Appeal from the Superior Court of the Virgin Islands

Considered: April 20, 2007
Filed: November 24, 2008

BEFORE:   **CURTIS V. GOMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Judge of the District Court of the Virgin Islands; and **FRANCIS D'ERAMO**, Judge of the Virgin Islands Superior Court, Sitting by Designation.

ATTORNEYS:

**Joseph J. Mingolla, Esq.**
St. Thomas, U.S.V.I.
    *Attorney for Appellant.*

**Maureen Phelan, Esq.**
St. Thomas, U.S.V.I.
    *Attorney for Appellee.*

*Wesselhoft v. Gov't of the Virgin Islands*
Crim. App. No. 2005-12
Order
Page 2

---

**JUDGMENT**

---

**Per curiam.**

For the reasons stated in the memorandum opinion of even date, it is hereby

**ORDERED** that the judgment of the Superior Court is **AFFIRMED**.

**DATED** this 21ˢᵗ day of **November, 2008.**

copies to:    Honorable Curtis V. Gómez
Honorable Raymond L. Finch
Honorable Francis D'Eramo

Honorable Geoffrey W. Barnard
Honorable George W. Cannon

Joseph J. Mingolla, Esq.
Maureen Phelan, Esq.

St. Thomas Law Clerks
St. Croix Law Clerks
Cicely Francis
Nydia Hess
Kim Bonelli
Olga Schneider
Devon Hanley